## A05A1128. CARLISLE v. THE STATE.
(635 SE2d 282)

BLACKBURN, Presiding Judge.

In *State v. Carlisle*,[1] the Supreme Court of Georgia, reversing Division 2 of the judgment of this Court in *Carlisle v. State*,[2] held that Janice Marie Carlisle's conviction for aggravated stalking was authorized by the evidence. The Supreme Court did not address or disturb the ruling of this Court in Division 1 in which we affirmed Carlisle's conviction for stalking. Therefore, we vacate Division 2 of our earlier opinion and adopt the opinion of the Supreme Court as our own. Accordingly, both of Carlisle's convictions for stalking and for aggravated stalking are affirmed.

*Judgment affirmed. Miller and Bernes, JJ., concur.*

DECIDED AUGUST 4, 2006.

*Brian Steel*, for appellant.

*Daniel J. Porter, District Attorney, David K. Keeton, Assistant District Attorney*, for appellee.

---

[1] *State v. Carlisle*, 280 Ga. 770 (631 SE2d 347) (2006).
[2] *Carlisle v. State*, 273 Ga. App. 567, 571-573 (2) (615 SE2d 543) (2005).